|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF PUERTO RICO | |
| LUIS E. DUBON-OTERO,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 05-1549(JAF)<br><br>(Criminal No. 97-091) |

**O R D E R**

The present Federal habeas corpus petition (18 U.S.C. § 2255) seeks a <u>Booker</u> resentencing hearing against a sixty-month criminal sentence imposed on August 1, 2000.  See <u>Booker v. United States</u>, ___ U.S. ___, 125 S.Ct. 738 (2005).  The underlying facts can be gleaned from the appellate decision affirming the conviction and sentence.  See <u>United States v. Dubón-Otero</u>, 292 F.3d 1 (1st Cir. 2002).

There being no <u>Apprendi</u>[1]/<u>Booker</u> issue to address on collateral review, we summarily deny the petition as meritless under Rule 4 of the Rules Governing Section 2255 Petitions in United States District Courts.

The bottom line in movant's argument is that during the 2000 hearing, we denied a requested downward departure based on the defendant's history of charitable acts and donations.  Counsel now

---

[1] <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000).  At the time of the original sentencing, Petitioner raised an <u>Apprendi</u> claim, and we denied relief.  The claim was abandoned on appeal.

Civil No. 05-1549 (JAF)                                                -2-

believes that in the post-<u>Booker</u> era, such downward departure is a possibility if the court would choose to impose a non-guideline sentence.

Originally, and under the mandatory guideline regime, we refused to depart on such basis.  At that time, we never intimated a willingness to depart had the mandatory guidelines so allowed. Today, our view is the same.  Such departure is not available, nor are we willing to craft one under non-guideline, post-<u>Booker</u> sentencing principles if presented with such opportunity.

The request for post-<u>Booker</u> retroactive relief is **DENIED.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 24th day of August, 2005.

                              S/José Antonio Fusté
                              JOSE ANTONIO FUSTE
                           Chief U. S. District Judge